JEFFREY P. AMES (SBN 234871)
james@paulplevin.com
FREYAAN Y. KARANJIA (SBN 286333)
fkaranjia@paulplevin.com
SAHAR NASEERY (SBN 301053)
snaseery@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Triton Management Services, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,,<br><br>Plaintiff,<br><br>v.<br><br>TRITON MANAGEMENT SERVICES, LLC, AND DOES 1-8, INCLUSIVE,<br><br>Defendants. | Case No. 17-cv-02004-BAS-KSC<br><br>**DEFENDANT TRITON MANAGEMENT SERVICES, LLC'S NOTICE OF PARTY WITH A FINANCIAL INTEREST**<br><br>**(Civil Local Rule 40.2)**<br><br>Judge: Hon. Cynthia Bashant<br>Trial Date: Not Set |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 40.2 for the United States District Court for the Southern District of California, the following parties have a financial interest in this action:

/ / /

/ / /

/ / /

/ / /

- Triton Management Services, LLC is a limited liability corporation formed in the State of Delaware. Triton is affiliated with Two Jinn, Inc., a bail bonds services provider.

Dated: January 8, 2018

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Freyaan Y. Karanjia*
JEFFREY P. AMES
FREYAAN Y. KARANJIA
SAHAR NASEERY
Attorneys for Defendant Triton Management Services, LLC

# PROOF OF SERVICE

***U.S. Equal Employment Opportunity Commission v. Triton Management, LLC***
**Case No. 17-cv-02004-BAS-KSC**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On January 8, 2018, I served true copies of the following document(s) described as **DEFENDANT TRITON MANAGEMENT SERVICES, LLC'S NOTICE OF PARTY WITH A FINANCIAL INTEREST** on the interested parties in this action as follows:

Anna Y. Park (SBN 164242)
Sue J. Noh (SBN 192134)
U.S. Equal Employment Opportunity Commission
225 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: 213-894-1083
Facsimile: 213-894-1301
Email: anna.park@eeoc.gov

Attornevs for Plaintiff

Connie K. Liem (TX SBN 791113)
U.S. Equal Employment Opportunity Commission
555 West Beech Street, Suite 504
San Diego, CA 92101
Telephone: 619-557-7282
Facsimile: 619-557-7274
Email: connie.liem@eeoc.gov

Attorneys for Plaintiff

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 8, 2018, at San Diego, California.

Luci DeMaria-Rudy

Luci DeMaria-Rudy